**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                                    Case No. 24-17047

    PAUL J DELEON

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/15/2024.

2) The plan was confirmed on 11/08/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/12/2025, 09/29/2025.

5) The case was dismissed on 10/16/2025.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $69,225.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $10,917.26 | |
| Less amount refunded to debtor | $138.46 | |

**NET RECEIPTS:** $10,778.80

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $622.34 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,372.34**

Attorney fees paid and disclosed by debtor:    $1,000.00

**Attorney Fees:**

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---|---|
| PAUL H. YOUNG | Attorney Fee | $1,000.00 | $3,750.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACURA FINANCIAL SERVICES | Unsecured | NA | 2,098.88 | 2,098.88 | 0.00 | 0.00 |
| AFFIRM INC | Unsecured | 1,066.00 | 1,066.35 | 1,066.35 | 0.00 | 0.00 |
| AFFIRM INC | Unsecured | 1,267.00 | 1,267.08 | 1,267.08 | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| AIDVANTAGE | Unsecured | NA | 2,539.02 | 2,539.02 | 0.00 | 0.00 |
| ALDOUS AND ASSOCIATES, PLLC | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | NA | 8,523.93 | 8,523.93 | 0.00 | 0.00 |
| AMEX | Unsecured | 8,523.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 1,948.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,976.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 695.00 | 695.62 | 695.62 | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 4,732.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 9,884.00 | 9,884.89 | 9,884.89 | 0.00 | 0.00 |
| GOLDMAN SACHS BANK USA | Unsecured | 3,445.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 1,794.45 | 1,794.45 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 4,291.00 | 4,291.74 | 4,291.74 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | 528.90 | 528.90 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | Unsecured | 0.00 | 483.31 | 483.31 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,009.00 | 1,009.02 | 1,009.02 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 679.00 | 679.74 | 679.74 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 763.91 | 763.91 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT | Unsecured | 2,214.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| NETCREDIT | Unsecured | 12,084.00 | NA | NA | 0.00 | 0.00 |
| NJ EZ PASS VIOLATION | Unsecured | 10,648.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 4,533.00 | 4,330.72 | 4,330.72 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 2,210.00 | 2,106.80 | 2,106.80 | 0.00 | 0.00 |
| STATE OF NJ | Priority | NA | 7,755.62 | 7,755.62 | 6,406.46 | 0.00 |
| STATE OF NJ | Unsecured | NA | 938.14 | 938.14 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,827.00 | 1,827.29 | 1,827.29 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 4,206.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,755.62 | $6,406.46 | $0.00 |
| **TOTAL PRIORITY:** | **$7,755.62** | **$6,406.46** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$44,829.79** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,372.34 |
| Disbursements to Creditors | $6,406.46 |
| | |
| **TOTAL DISBURSEMENTS :** | **$10,778.80** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/16/2026                              By: /s/ Marie-Ann Greenberg
                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.